

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2019

No. 04-19-00614-CV

**IN THE INTEREST OF BABY GIRL RODRIGUEZ,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01873
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellant has filed a motion for a seven-day extension of time to file a brief. We grant the motion and **order** appellant's brief filed by **November 13, 2019**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court